UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:24-cv-01887-JLS-PD                                                Date: May 26, 2024
Title:  Marlon Antonio Munguia et al v. Penske Truck Leasing, Co. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Charles Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT (Doc. 18)**

  The Court previously ordered Defendants MKTS, LLC and Mohammed Nezar-Hatem al Hijazi to show cause why this action should not be remanded for lack of subject-matter jurisdiction.  (OSC, Doc. 18 at 2.)  In addition to one other concern, the Court noted that it could not assess whether it had diversity jurisdiction because Defendants had failed to properly allege the citizenship of Penske Truck Leasing, Co.  (*Id.*)  Defendants timely responded.  (*See* Paullin Decl., Doc. 20.)  The Court now concludes that Defendants have failed to meet their burden of establishing that this Court has diversity jurisdiction.  Therefore, this action is REMANDED to Los Angeles County Superior Court, Case No. 23PSCV03974.

  Defendants' notice of removal lacked any allegations regarding the citizenship of Penske Truck Leasing, but the caption identified it as "a Delaware Corporation."  (*See generally* Notice of Removal, Doc. 2.)  In its response to the Court's order to show cause, Defendants assert that Penske Truck Leasing is "a Delaware corporation" with a principal place of business in Morgantown, Pennsylvania.  (Paullin Decl. ¶ 5.)  In support of that assertion, Defendants cite and attach as an exhibit Penske Truck Leasing's "Foreign ***Limited Partnership*** Amendment to Application for Registration."  (*See* Limited Partnership Amendment, Doc. 20-3 (emphasis added).)  As the document title suggests,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-01887-JLS-PD                                          Date: May 26, 2024
Title:  Marlon Antonio Munguia et al v. Penske Truck Leasing, Co. et al

that document contradicts Defendants' assertion.  The document reflects that Penske Truck Leasing is a limited partnership, not a corporation.  (*See id.*)  And regarding Morgantown, Pennsylvania, the document reflects only that a general partner in Penske Truck Leasing—PTL GP, LLC—is located there.  (*See id.*, item no. 9 ("New Partner").)

     A "limited partnership . . . is a citizen of all of the states of which its partners are citizens."  *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  Defendants provide no information about the citizenship of PTL GP, LLC; nor do they allege that PTL GP, LLC is the only partner in Penske Truck Leasing.  Therefore, Defendants have failed to meet their burden of showing that complete diversity exists between the parties.  This action is REMANDED to Los Angeles County Superior Court, Case No. 23PSCV03974.

                                                                       Initials of Deputy Clerk: cr